UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Tonianne J. Bongiovanni |
| | : |
| v. | : Mag. No. 16-5011 |
| | : |
| MATTHEW KAMINSKY | : CONTINUANCE ORDER |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Molly S. Lorber, Assistant U.S. Attorney, appearing), and defendant MATTHEW KAMINSKY (Brian Reilly, Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented to a Grand Jury within thirty (30) days of the date of his arrest pursuant to Title 18 U.S.C. § 3161; and the defendant through his attorney having waived such rights and consented to the continuance; and two prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to negotiate a possible plea, and then enter a plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

RECEIVED

AUG 10 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

WHEREFORE, on this 10th day of August, 2016;

ORDERED that the proceedings scheduled in the above-captioned matter are continued from the date this Order is signed through and including September 14, 2016;

IT IS FURTHER ORDERED that the period from the date this Order is signed through and including September 14, 2016 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Consented and Agreed to by:

Brian P. Reilly
Counsel for defendant Matthew Kaminsky

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: Molly S. Lorber
Assistant U.S. Attorney

Eric W. Moran
Assistant U.S. Attorney
Attorney-in-Charge,
Trenton Office

2